NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MILO D. BURROUGHS,**
*Petitioner,*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent,*

**and**

**DEPARTMENT OF DEFENSE,**
*Intervenor.*

---

2011-3021

---

Petition for review of the Merit Systems Protection Board in case no. DA3330090583-I-1.

---

## ON MOTION

---

## ORDER

Upon consideration of the motions to reform the official caption to designate the Merit Systems Protection Board as the respondent and to permit the Department of Defense to intervene,

IT IS ORDERED THAT:

(1) The motions are granted. The revised official caption is reflected above.

(2) Burroughs' opening brief* and a completed Fed. Cir. R. 15(c) form are due within 21 days of the date of filing of this order.

FOR THE COURT

**FEB 2 8 2011**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Milo D. Burroughs (informal brief form and Fed. Cir. R. 15(c) forms enclosed)
   Vincent D. Phillips, Esq.
   Jeffrey Gauger, Esq.

s20

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 2 8 2011

JAN HORBALY
CLERK

---

\*    Burroughs also submits arguments in support of his petition. Such arguments, and any documents that were before the Board, should only be included within his informal brief.